# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-20256
_____

Everett De'Andre Arnold; Kaden Bradford; Sandy Arnold,

*Plaintiffs—Appellees*,

*versus*

Barbers Hill Independent School District; Barbers Hill Independent School District's Board of Trustees; Fred Skinner; Greg Poole,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-1802

_____

UNPUBLISHED ORDER

Before Elrod, Graves, and Ho, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the opposed motion to stay pending appeal is CARRIED WITH THE CASE.