# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 07, 2025

Mr. Jonathan Griffin Brush
Rogers, Morris & Grover, L.L.P.
5718 Westheimer Road
Suite 1200
Houston, TX 77057

Ms. Michaele N. Turnage Young
NAACP Legal Defense & Educational Fund, Incorporated
700 14th Street, N.W.
Washington, DC 20005

    No. 23-20256   Arnold v. Barbers Hill Indep Sch Dist
                           USDC No. 4:20-CV-1802

Dear Counsel,

One of the panel members that heard oral argument on February 7, 2024, has developed a conflict that will require this case to be reargued during the week of 09/01/2025. You will be notified of the exact date, time, and location of argument at a later date.

        Sincerely,

        LYLE W. CAYCE, Clerk

        *Charles Whitney*

        By: _____
        Charles B. Whitney, Deputy Clerk
        504-310-7679

cc:
    Ms. Ashley Michelle Burrell
    Ms. Amy Dawn Demmler
    Mr. Evan Frohman
    Ms. Mary Henry
    Mr. Victor M. Jones
    Ms. Alaizah Koorji
    Mr. Richard Alan Morris

Ms. Janai S. Nelson
Mr. Nathan Ochsner
Ms. Patricia Okonta
Mr. Nicholas Petree
Mr. Nik Soni
Ms. Alexandra Sloane Thompson
Ms. Roxanne Tizravesh
Mr. Robert Conor Tomalty
Mr. Joseph Wong